Jane Luciano (124263)
**LUCIANO HEALTH LAW**
9000 Crow Canyon Rd.
Suite S 168
Danville, CA  94506
Telephone:  (925) 216-6030

Attorneys for Plaintiff SUSAN HUTCHISON

**KAYE, ROSE & PARTNERS, LLP**
Anita M. Eilert 133639
402 West Broadway, Suite 1890
San Diego, California  92101
Telephone: (619) 232-6555
Facsimile: (619) 232-6577

Attorneys for Defendants
**NORTH TAHOE CRUISES, INC.;
LAWRENCE BOERNER and CHERYL L.
BOERNER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HUTCHISON,<br><br>Plaintiff,<br><br>v.<br><br>NORTH TAHOE CRUISES, INC., a California Corporation LAWRENCE BOERNER and CHERYL L. BOERNER, individuals BLACK and WHITE CORPORATIONS 1-10 INDIVIDUAL DOE DEFENDANTS 1-10,<br><br>Defendant. | **Case No.:   2:18-cv-00968 TLN DB**<br>**Complaint Filed: 4/19/2018**<br>**Trial Date: Not Set**<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON**<br><br>**[Rule 41(a)(1)(A)(ii)**<br><br>**Judge:    Hon. Troy Nunley** |

The parties hereto by and through their respective attorneys of record, file this Joint Stipulation to Dismiss Entire Action with Prejudice, and request that the Court dismiss all of plaintiff's claims against defendants with prejudice, each

party to bear its own fees and costs.

Dated:  February 11, 2019

By:  /s/ Jane Luciano (as authorized on 2/4/19
    Jane Luciano
    Attorneys for Plaintiff SUSAN HUTCHISON

Dated: February 11, 2019         **KAYE, ROSE & PARTNERS, LLP**

By:  /s/ Anita M. Eilert
    Anita M. Eilert
    Attorneys for Defendants
    NORTH TAHOE CRUISES, INC.;
    LAWRENCE BOERNER AND
    CHERYL L. BOERNER

**IT IS SO ORDERED**

Date:  February     , 2019  _____

_____
UNITED STATES DISTRICT COURT JUDGE